

# UNITED STATES DISTRICT COURT
for
DISTRICT OF ARIZONA



United States  v.  Juan Manuel Valdez              Docket No. 09CR00584-002-TUC-DCB

### Petition to Revoke Probation

**COMES NOW PROBATION OFFICER** Kathleen C. Nuñez presenting an official report on Juan Manuel Valdez who was placed on probation on April 28, 2011, by the Honorable David C. Bury presiding in the District Court of Arizona. A five-year period of probation was imposed. In addition to the general terms and conditions adopted by the court, the offender was ordered to comply with the following special conditions:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall submit your person, property, house, residence, vehicle, papers, computers as defined in 18 U.S.C. 1030(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

3. You shall provide the probation officer access to any requested financial information.

4. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

5. You shall maintain full-time employment and/or schooling as directed by the probation officer.

6. You shall abstain from all use of alcohol or alcoholic beverages.

Juan Manuel Valdez was convicted of Conspiracy to Possess with Intent to Distribute Approximately 214 Kilograms of Marijuana, in violation of 21 U.S.C. § 846, 841(a)(1) and (b)(1)(B)(vii), a Class B felony.

PO, AUSA, USM



## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A. **VIOLATION OF STANDARD CONDITION NO.9:** You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 801) or any paraphernalia related to such substances, without a prescription by a licensed medical practitioner. Possession of controlled substances will result in mandatory revocation of your term of supervision.

1) Valdez possessed marijuana (40 live marijuana plants and four pounds of cultivated marijuana) as evidenced by his arrest on or about July 5, 2012, by the Counter Narcotics Alliance and Case Report No. M1207059588, which calls for mandatory revocation pursuant to 18 U.S.C. § 3565(b)(1). A Grade C violation §7B1.1(a)(3).

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED**

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to issue a warrant.

_____    July 10, 2012
Kathleen C. Nuñez                 Date
U.S. Probation Officer
Office: (520) 205-4454
Cellular: (520) 256-5385


Reviewed by
_____    July 10, 2012
James M. Blount II               Date
Supervisory U.S. Probation Officer
Office: (520) 205-4490
Cellular: (520) 401-3972


## ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this 13 day of July, 2012 and ordered filed and made a part of the records in the above case.

_____
The Honorable David C. Bury,
U.S. District Judge