# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

```
FILED ___ LODGED ___
RECEIVED ___ COPY ___

       JUL 20 2012

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

```
RECEIVED
U.S. MARSHALS SERVICE

2012 JUL 16 AM 9: 47

      TUCSON
DISTRICT OF ARIZONA
```

United States of America
v.
JUAN MANUEL VALDEZ

CASE NUMBER : CR-09-584-02-TUC-DCB(BPV)

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

**JUAN MANUEL VALDEZ**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court

☒ Violation Notice  ☐ Pretrial Release Violation Petition

This offense is briefly described as follows: violation of his conditions of supervised release imposed on April 28, 2011.

_C Schwader_____
Signature of Issuing Officer

C. Schwader_____
(By) Deputy Clerk

July 13, 2012, USDC_____
Date and Location

Tucson, Arizona_____
City and State

Bail fixed at $ __DEFT. TO BE HELD WITHOUT BOND__    By: __Hon. David C. Bury__
                                                          United States District Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| Date Received 7·16·12 | Printed Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 7·19·12 | Subject arrested by USM and initialed on 7·20·12 in the District of Arizona | |

PO, AUSA, USM