UNITED STATES DISTRICT COURT  MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 7/20/2012        CASE NUMBER: CR 09-00584-TUC-DCB(BPV)

U.S. MAGISTRATE JUDGE: D. THOMAS FERRARO   Judge #: 70BU

USA vs. Juan Manuel Valdez

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

U.S. Attorney  Monte Clausen for Karen Rolley       Interpreter Req'd  N/A

Attorney for Defendant  Raul Miranda (CJA)

INITIAL APPEARANCE:

PETITION FOR VIOLATION OF  ☒ PROBATION  ☐ SUPERVISED RELEASE  ☐ PRETRIAL RELEASE

Defendant  ☐ ADMITS  ☒ DENIES allegation(s) set forth in the Petition

☒ Gov't requests detention  ☐ deft requests hearing  ☐ no objection at this time

☐ Detention Hearing held

☐ Detention Hearing set for __ BEFORE __

☒ Admit/Deny Hearing set for **8/3/2012 at 10:30 AM** BEFORE **MAGISTRATE JUDGE VELASCO**

☒ Preliminary Hearing waived

☐ Preliminary Hearing set for __ BEFORE __

☐ Disposition Hearing set for __ BEFORE __

☒ Defendant is Ordered detained pending  ☐ Detention/Bail  ☐ evidentiary  ☐ disposition hearings  ☒ disposition of matter

Raul Miranda (CJA) is re-appointed counsel of record.

Petition to Revoke Probation to be UNSEALED. (Doc. #124)

Recorded by Courtsmart        IA: 0
BY: Rose Chavez
Deputy Clerk