# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America**
          v.
**Juan Manuel Valdez**

No. **CR 09-00584-002-TUC-DCB(BPV)**

USM#: 45726-208

**JUDGMENT AND COMMITMENT**
**REVOCATION OF PROBATION**

Raul Miranda, (Appointed)

Attorney for Defendant

On 4/28/2011 the defendant, present with counsel, appeared for sentencing for violating, Title 21, U.S.C. §846, 841(a)(1) and (b)(1)(B)(vii) - Conspiracy to Possess with Intent to Distribute Approximately 214 Kilograms of Marijuana, a Class B Felony offense, as charged in Count 1 of the Indictment filed herein.

The defendant was sentenced to a term of probation for **FIVE (5) YEARS**.

On 7/13/2012 the United States Probation Office filed a petition to revoke the term of probation.

On 8/10/2012 the defendant appeared with counsel and admitted allegations A and B as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of probation imposed on 4/28/2011 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **TWENTY-SEVEN (27) MONTHS**, with a term of **THIRTY-THREE (33) MONTHS** supervised release to follow.

**IT IS FURTHER ORDERED** the disposition imposed herein shall run consecutive to any sentence imposed in Pima County Superior Court case No. CR2012616-001.

In addition to the standard conditions of supervision, the defendant shall also comply with the following special conditions:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall submit your person, property, house, residence, vehicle, papers, computers as defined in 18 U.S.C. 1030(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

3. You shall provide the probation officer access to any requested financial information.

4. You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

5. You shall reside and participate in a residential re-entry center for 180 days, unless discharged earlier by the probation officer.

**IT IS FURTHER ORDERED** the remaining allegations of the petition to revoke are hereby DISMISSED.

THE COURT FINDS that the defendant has been sentenced in accordance with the terms of the plea agreement and that he has waived his right to appeal and to collaterally attack this matter.  The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

**IT IS FURTHER ORDERED** the defendant shall receive credit for TIME SERVED.

The Court orders commitment to the custody of the Bureau of Prisons and recommends that the defendant be placed in an institution in Arizona, near his family.

<u>September 11, 2012</u>
Date of Imposition of Sentence

DATED this 14th day of September, 2012.

_____
David C. Bury
United States District Judge

copy: AUSA/Rolley; CJA/Miranda; PO; USM/2cc